✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| SONY ELECTRONICS INC. and<br>SONY CORPORATION,<br>Plaintiffs,<br>v.<br>SRS LABS, INC.,<br>Defendant. | **APPEARANCE**<br><br>Case Number: |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |