*MARRERO, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONY ELECTRONICS INC. and
SONY CORPORATION,

        Plaintiffs,

v.

SRS LABS, INC.,

        Defendant.

Civil Action No. 07-Civ-6248 (J. Marrero)

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Sony Electronics Inc. and Sony Corporation (collectively, "Sony") hereby give notice of the dismissal of this action without prejudice of Plaintiffs' Complaint and claims for relief against Defendant SRS Labs, Inc. In a separate agreement, Sony and SRS have agreed that the filing of this notice shall not count toward the two dismissal rule of Fed. R. Civ. P. 41(a)(1).

Dated: November 1, 2007

*[signature]*

Richard S. Gresalfi (RG 0304)
Michelle Carniaux (MC 0902)
Elizabeth S. Tse (ET 3374)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
212.425.7200

*Attorneys for Plaintiffs*
*Sony Electronics Inc. and*
*Sony Corporation*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-07

SO ORDERED: 2 November 2007
*[handwritten notation]*

Victor Marrero
U.S.D.J.